

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ELIZABETH QUIROZ, AS NEXT FRIEND OF JOSEPH CARDONA A/K/A JOSEPH QUIROZ, | § § § | No. 08-14-00073-CV |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| JORGE FABIO LLAMAS-SOFORO, M.D., INDIVIDUALLY, JORGE FABIO LLAMAS-SOFORO, M.D., P.A., D/B/A EL PASO EYE CARE CENTER, LUIS ALBERTO AYO, M.D., PEDIATRIX MEDICAL GROUP OF TEXAS, P.A., PEDIATRIX MEDICAL GROUP, INC., ROY JOHN CAVIGLIA, M.D., FORTUNATO PEREZ-BENAVIDES, M.D., AND JOSE BERNARDO ARELLANO, M.D., | § § § § § § § § | of El Paso County, Texas (TC# 2008-2694) |
| Appellees. | | |

**MEMORANDUM OPINION**

Before the Court is Appellant's Unopposed Motion for Partial Voluntary Dismissal in which Appellant seeks to dismiss this appeal with prejudice as to Appellees Luis Alberto Ayo, M.D., Pediatrix Medical Group of Texas, P.A., Pediatrix Medical Group, Inc., Roy John Caviglia, M.D., Fortunato Perez-Benavides, M.D., and Jose Bernardo Arellano, M.D. because Appellant has abandoned her appellate claims against these parties and does not seek relief from the trial court's final judgment as to them. *See* TEX.R.APP.P. 42.1(a)(1).

The Court has considered the unopposed motion, finds dismissal of the identified Appellees will not prejudice the remaining parties to the appeal, and concludes the motion should be granted. The appeal is dismissed with prejudice against Appellees Luis Alberto Ayo, M.D., Pediatrix Medical Group of Texas, P.A., Pediatrix Medical Group, Inc., Roy John Caviglia, M.D., Fortunato Perez-Benavides, M.D., and Jose Bernardo Arellano, M.D. only. The appeal will continue as to Appellees Jorge Fabio Llamas-Soforo, M.D. and Jorge Fabio Llamas-Soforo M.D. P.A. d/b/a El Paso Eye Care Center. The style of the case is accordingly modified to *Elizabeth Quiroz, as Next Friend of Joseph Cardona A/K/A Joseph Quiroz v. Jorge Fabio Llamas-Soforo, M.D., Individually, Jorge Fabio Llamas-Soforo, M.D., P.A., d/b/a El Paso Eye Care Center.* Appellant's motion does not represent the parties have agreed as to costs of appeal. In the absence of an agreement between the parties, the costs of appeal as to the dismissed Appellees are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).


PER CURIAM

July 15, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.